IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: McIntyre, Roseanna | Case Number: 08 B 15090 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 6/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 22, 2009
Confirmed: September 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 870.00 | |
| Secured: | | 813.44 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 56.56 |
| Other Funds: | | 0.00 |
| Totals: | 870.00 | 870.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Damita G Buffington & Associates | Administrative | 2,474.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Johnny Jenkins | Secured | 8,158.42 | 227.07 |
| 4. | Regional Acceptance | Secured | 24,848.19 | 586.37 |
| 5. | Chase Home Finance | Secured | 13,104.70 | 0.00 |
| 6. | Regional Acceptance | Unsecured | 17.72 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 212.77 | 0.00 |
| 8. | Loan Express Company | Unsecured | 18.69 | 0.00 |
| 9. | Triad Financial Services | Unsecured | 1,454.51 | 0.00 |
| 10. | Johnny Jenkins | Unsecured | 100.00 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 11.65 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 154.83 | 0.00 |
| 13. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 14. | American Recovery System | Unsecured | | No Claim Filed |
| 15. | Allied Collection Services | Unsecured | | No Claim Filed |
| 16. | Audit Systems | Unsecured | | No Claim Filed |
| 17. | Barnes Auto Finance | Unsecured | | No Claim Filed |
| 18. | Baker Miller Markoff & Krasny LLC | Unsecured | | No Claim Filed |
| 19. | MSA Solutions | Unsecured | | No Claim Filed |
| 20. | RGS Collections Inc | Unsecured | | No Claim Filed |
| | | | $ 50,555.48 | $ 813.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 56.56 |
| | $ 56.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McIntyre, Roseanna

Printed: 03/10/09

Case Number: 08 B 15090
Judge: Wedoff, Eugene R
Filed: 6/12/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*